IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER RUDY, *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> BEEKMAN 1802, INC., <br><br> Defendant. | Case No. 1:22-cv-01787 |

**CONSENT MOTION OF
DEFENDANT BEEKMAN 1802, INC. FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant Beekman 1802, Inc. ("Beekman"), having obtained plaintiffs' consent, requests that the Court allow it an extension of time, up to and including May 20, 2022, to respond to plaintiffs' complaint.[1] Good cause exists to grant this motion for the following reasons:

1. Plaintiffs filed a class action complaint seeking to certify classes of consumers for alleged deceptive marketing practices involving Beekman's labelling of cosmetic products. Plaintiffs seek to certify a nationwide class, a subclass consisting of members who reside in Illinois, and a multi-state subclass of consumers who purchased Beekman's products while claiming that more than $5,000,000 is at issue in this litigation. Beekman denies all allegations of wrongdoing and maintains that no class can or should be certified. However, in light of Beekman's counsel's upcoming international travel and the press of other business, Beekman and its counsel require additional time to confer with each other and investigate the issues in plaintiffs' complaint before determining how to respond to it.

---

[1] Beekman does not, by making this motion, intend to waive any defenses, and it reserves all rights to pursue all defenses available to it.

2. This is Beekman's first request for an extension of time to respond to the complaint. The requested extension will not prejudice any party and is not being sought for any improper or dilatory purpose. Granting the requested extension will not delay resolution of this case insamuch as the Court has not scheduled a discovery cut-off or trial date.

3. Plaintiffs' counsel consents to the extension.

WHEREFORE, defendant Beekman 1802, Inc. requests that the Court allow it additional time, up to and including May 20, 2022, in which to file its answer or responsive motion to plaintiffs' complaint.

Dated: April 26, 2022

Respectfully submitted,

*/s/ Ari N. Rothman*
Ari N. Rothman, USDC-Ill. Bar #90785518
VENABLE LLP
600 Massachusetts Avenue N.W.
Washington, D.C. 20001
Telephone: 202-344-4000
Facsimile: 202-344-8300
anrothman@venable.com

Michael Morkin, USDC-Ill. Bar #6205174
VENABLE LLP
227 West Monroe Street, Suite 1900
Chicago, IL 60606
Telephone: 312-820-3418
Facsimile: 312-820-3401
mlmorkin@venable.com

*Counsel for Defendant*
*Beekman 1802, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April 2022, a copy of the foregoing was served via ECF on the following:

Nick Suciu, III
Milberg Coleman Bryson Phillips Grossman, PLLC
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 483021
nsuciu@milberg.com

Gary M. Klinger
Milberg Coleman Bryson Grossman, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

Russell Busch
Milberg Coleman Bryson Phillips Grossman PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
rbusch@milberg.com

*Counsel for Plaintiffs Heather Rudy, Mary Collins Terry, Pamela Swies, and Verlinda Holloway*

/s/ Ari N. Rothman
Ari N. Rothman
*Counsel for Defendant Beekman 1802, Inc.*